FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 31  PM 4:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL LYNN FENELON & BARBARA ANN JACKSON | * | CIVIL ACTION |
| VERSUS | * | NO: 06-1408 |
| GEORGE DEAN, ET AL | * | SECTION: "D"(4) |

### ORDER AND REASONS

On May 18, 2006, Plaintiff Barbara Ann Jackson **faxed** to the court's chambers a pleading entitled **"Statement for Reconsideration Pursuant to Federal Procedure Rule 59, or Alternatively Pursuant to Rule 60."** On the first page of this pleading, Plaintiff states that the pleading was "Sent to the court via facsimile and via United States mail." However, to date, the Clerk's office has <u>not</u> received this pleading for filing into the record.

<u>**THE COURT NOW PUTS PLAINTIFF BARBARA JACKSON ON NOTICE THAT THE COURT'S CHAMBERS ARE NOT THE CLERK'S OFFICE FOR FILING PLEADINGS INTO THE RECORD, AND THE RULES OF THIS COURT DO NOT PERMIT DOCUMENTS "FAXED" TO THE COURT TO BE "FILED" INTO THE RECORD.**</u>

On May 24, 2006, Plaintiff Cheryl Lynn Fenelon **faxed** to the

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.____

court a pleading entitled "**Co-Plaintiff's Response to Judge McNamara.**" This pleading states that it was "sent via facsimile transmission and express delivery." However, to date, the Clerk's office has <u>not</u> received this pleading for filing into the record.

<u>**THE COURT NOW PUTS PLAINTIFF CHERYL FENELON ON NOTICE THAT THE COURT'S CHAMBERS ARE NOT THE CLERK'S OFFICE FOR FILING PLEADINGS INTO THE RECORD, AND THE RULES OF THIS COURT DO NOT PERMIT DOCUMENTS "FAXED" TO THE COURT TO BE "FILED" INTO THE RECORD.**</u>

While this court's rules do not allow pleadings **"faxed"** to the court to be "filed" into the record, the court makes a ONE-TIME exception and **ORDERS** the Clerk's office to file the attached "faxed" copies of Plaintiff Jackson's **"Statement for Reconsideration Pursuant to Federal Procedure Rule 59, or Alternatively Pursuant to Rule 60"** and Plaintiff Fenelon's **"Co-Plaintiff's Response to Judge McNamara"** into the record.

<u>**HOWEVER, IN THE FUTURE, THE COURT EXPRESSLY WARNS PLAINTIFFS THAT ANY PLEADINGS FAXED TO THE COURT WILL NOT BE FILED INTO THE RECORD**</u>.

The court further **DISMISSES** Plaintiff Jackson's **"Statement for Reconsideration Pursuant to Federal Procedure Rule 59, or Alternatively Pursuant to Rule 60"** as **MOOT**, because the court already **VACATED** its Order which had granted the **"Motion to Dismiss**

for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to F.R.C.P. 12(b)(6)" filed by Defendants, George Dean and Federal Home Loan Mortgage Corporation, and the court **RE-SET** that motion for hearing on **Wednesday, June 21, 2006**, *on the briefs without oral argument*. (*See* Record, Doc. No. 11, entered into the record on May 16, 2006).

As set forth in the Court's previous Order (Doc. No. 11), Plaintiffs have been ordered to file their memorandum in opposition to the "**Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to F.R.C.P. 12(b)(6)**" filed by Defendants, George Dean and Federal Home Loan Mortgage Corporation, by **Tuesday, June 13, 2006**. In accordance with the instructions given herein, Plaintiffs' must file their memorandum in opposition in the **Clerk's Office** by Tuesday, June 13, 2006, and **not** fax it to the court's chambers for filing. Further, Plaintiffs must send copies of their opposition to *reach* opposing counsel by **Tuesday, June 13, 2006**.[1]

New Orleans, Louisiana, this 31st day of May, 2006.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

---

[1] Any pleading filed in the Clerk's Office must **always** be copied to opposing counsel in a timely fashion.